UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

THEOPRIC BLOODSAW,

        Petitioner,

  vs.

P. T. SMITH, ICC,

        Respondent.

                                        /

No. C 12-2925 PJH (PR)

**ORDER DISMISSING PETITION AND DENYING CERTIFICATE OF APPEALABILITY**

    This is a habeas case filed pro se by a state prisoner. In the initial review order the court dismissed the petition because its claims did not go to the fact of petitioner's incarceration or the length of it, the only proper subjects for a habeas petition. The deadline to amend has passed and petitioner has not amended. This case therefore is **DISMISSED**. Because reasonable jurists would not find the result here debatable, a certificate of appealability ("COA") is **DENIED**. *See Slack v. McDaniel*, 529 U.S. 473, 484-85 (2000) (standard for COA). The clerk shall close the file.

    **IT IS SO ORDERED.**

Dated: September 10, 2012.

                                        PHYLLIS J. HAMILTON
                                        United States District Judge

G:\PRO-SE\PJH\HC.12\bloodsaw2925.dismiss.wpd